UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PATROCINIO MENDOZA,

　　　　　　Plaintiff,

　　v.

DAMIAN R. SHEETS,

　　　　　　Defendant.

Case No. 3:25-cv-00585-ART-CLB

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 3)

Plaintiff Patrocinio Mendoza brings this action against Defendant Damian R. Sheets, asserting a claim of legal malpractice. (ECF No. 1-1.) Before the Court is Magistrate Judge Carla Baldwin's Report and Recommendation (R&R) recommending dismissing Mr. Mendoza's claim with prejudice for lack of jurisdiction and denying Mr. Mendoza's application to proceed *in forma pauperis* ("IFP") as moot. (ECF No. 3.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I.　　LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 3.)

1

## II.    ANALYSIS

Judge Baldwin found that the Court is without jurisdiction to entertain Mr. Mendoza's claim, thus the complaint should be dismissed for lack of jurisdiction. (ECF No. 3.) Judge Baldwin explained that Mr. Mendoza's legal malpractice claim arises under state law. (*Id.*) As a result, there is no federal question jurisdiction under 28 U.S.C. § 1331. (*Id.*) Additionally, because both parties are citizens of Nevada and the amount in controversy is only $12,500.00, there is no diversity jurisdiction under 28 U.S.C. § 1332. (*Id.*) The Court agrees with the magistrate judge's reasoning and adopts her R&R in full.

## III.    CONCLUSION

IT IS THEREFORE ORDERED that Mr. Mendoza's application to proceed *in forma pauperis*, (ECF No. 1) is DENIED as moot.

IT IS FURTHER ORDERED that no filing fee be imposed.

IT IS FURTHER ORDERED that the Clerk FILE the complaint. (ECF No. 1-1.)

IT IS FURTHER ORDERED that the complaint be DISMISSED with prejudice. (ECF No. 1-1.)

IT IS FURTHER KINDLY ORDERED that the Clerk CLOSE this case.

Dated this 15th day of January 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2